IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:09CR368 |
| | ) | |
| COVEY ANDREWS | ) | |

MOTION FOR DISMISSAL

COMES NOW the United States of America, by counsel, and hereby moves this Honorable Court to dismiss without prejudice the criminal indictment in this case pursuant to Fed. R. Crim. P. 48(a). The United States asserts that the ends of justice will be served by a dismissal without prejudice at this time, for the reasons set forth in the response and supplemental response of the United States to defendant's motion for relief pursuant to 28 U.S.C. § 2255.

Accordingly, for all of the above stated reasons, the United States respectfully requests that the indictment in this case be dismissed without prejudice.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: \_\_\_\_//s//_____
Stephen W. Miller
V.S.B. No. 23704
Assistant United States Attorney
Office of the United States Attorney
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5487
Stephen.Miller@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify on the 1st day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to Counsel of Record.

                                                      _____/s/_____
                                                      Stephen W. Miller
                                                      Virginia Bar Number 23704
                                                      Assistant United States Attorney
                                                      Office of United States Attorney
                                                      600 East Main Street, Suite 1800
                                                      Richmond, Virginia 23219
                                                      Phone:   804-819-5400
                                                      Fax:      804-771-2316
                                                      Stephen.miller@usdoj.gov